IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-21253-JAD |
| Lauren J. DeChellis, | : | Chapter 13 |
|     Debtor, | : | |
| Lauren J. DeChellis, | : | Document No. |
|     Movant, | : | |
|     v. | : | Hearing Date & Time: |
| Collection Service Center, Huntington National | : | June 17, 2025 at 11:00 a.m. |
| Bank, Midland Credit Management, Pendrick | : | |
| Capital Partners, LLC, Peoples Gas, Quicken Loans, | : | |
| UPMC Health Services, West Penn Power, and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXTEND AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion filed on May 14, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 2, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 3, 2025          By: /s/ Brian J. Bleasdale, Esq.
                                                                                Bleasdale Law Office, PC
                                                                                Emerson Professional Building
                                                                                101 Emerson Avenue
                                                                                Aspinwall, PA 15215
                                                                                Ph: (412) 726-7713
                                                                                bbleasdale@bleasdalelaw.com
                                                                                PA I.D. # 90576