IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-21253-JAD |
| Lauren J. DeChellis, | : | Chapter 13 |
|     Debtor | : | Related to Docket No. 6 |
| | : | |
| Lauren J. DeChellis, | : | Hearing Date and Time: |
|     Movant | : | June 17, 2025 at 11:00 a.m. |
| | : | |
| vs. | : | |
| | : | |
| Collection Service Center, | : | Filed Pursuant to § 362(c)(3) |
| Huntington National Bank, | : | |
| Midland Credit Management, | : | |
| Pendrick Capital Partners, LLC, | : | |
| Peoples Gas, Quicken Loans, | : | |
| UPMC Health Services, West Penn | : | **DEFAULT O/E JAD** |
| Power, and Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**ORDER**

AND NOW, this  12th  day of    June           , 2025, upon consideration of the within Motion, it is hereby ordered and directed that the Automatic Stay of 11 U.S.C. § 362(a) is hereby extended during the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362(c)(1) or (c)(2), or until a motion for relief is granted under § 362(d), or until further order of Court.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
6/12/25 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21253-JAD |
| Lauren J. DeChellis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lauren J. DeChellis, 603 Branchton Road, Slippery Rock, PA 16057-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Lauren J. DeChellis bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans In dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans In bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5