Certificate Number: 05781-PAW-DE-040171251

Bankruptcy Case Number: 25-21253



05781-PAW-DE-040171251

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2025, at 8:26 o'clock AM PDT, Lauren Dechellis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 7, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President