## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lauren J. DeChellis** | **BK NO. 25-21253 JAD** |
| **Debtor(s)** | |
| | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | **Related to Claim No. 2** |
| **Movant** | |
| **vs.** | |
| **Lauren J. DeChellis** | |
| **Debtor(s)** | |
| **Ronda J. Winnecour,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 17, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Lauren J. DeChellis
603 Branchton Road
Slippery Rock, PA 16057

<u>Attorney for Debtor(s)</u>
Brian J. Bleasdale, Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>April 17, 2026</u>

<u>**/s/ Matthew Fissel**</u>
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com