## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lauren J. DeChellis

       Debtor(s)

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans INC., its successors and/or assigns

       Movant

     v.

Lauren J. DeChellis

       Respondent

     and

Ronda J. Winnecour, Trustee

       Additional Respondent

BK. NO. 25-21253 JAD

CHAPTER 13

Related to Doc. #29

**DEFAULT O/E JAD**

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This ___16th___ day of ___April___, 2026, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362 and Section 1301 of the Bankruptcy Code, with respect to premises, 603 Branchton Road, Slippery Rock, PA 16057.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

_____
United States Bankruptcy Judge     sjk
Jeffery A. Deller

cc: Matthew Fissel, Esquire
  mfissel@kmllawgroup.com
  KML Law Group, P.C.
  701 Market Street, Suite 5000
  Philadelphia, PA 19106
  Attorney for Movant/Applicant

FILED
4/16/26 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Lauren J. DeChellis

    Debtor

Case No. 25-21253-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren J. DeChellis, 603 Branchton Road, Slippery Rock, PA 16057-2201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Lauren J. DeChellis bleasdb@yahoo.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans In bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4