**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| LAUREN J. DECHELLIS | Case No.:25-21253 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/14/2025 and confirmed on 07/31/2025 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 1,560.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,560.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,035.79 | |
| Trustee Fee | 93.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,129.39 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 4997 | 430.61 | 430.61 | 0.00 | 430.61 |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 4997 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 430.61 |
| Priority | | | | |
| BRIAN J BLEASDALE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAUREN J. DECHELLIS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BLEASDALE LAW OFFICE PC<br>Acct: | 5,000.00 | 1,035.79 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 4997 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICKEN I<br>Acct: 4997 | 1,339.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | COLLECTION SERVICE CENTER INC<br>Acct: GDBV | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: E7JW | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: UANM | 0.00 | 0.00 | 0.00 | 0.00 |
| | HUNTINGTON NATIONAL BANK(*)<br>Acct: 9705 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENDRICK CAPITAL PARTNERS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC HEALTH SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEST PENN POWER*<br>Acct: 0856 | 7,797.90 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 430.61

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,339.00 |
| SECURED | 430.61 |
| UNSECURED | 7.797.90 |

Date: 09/16/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com